1  NEIL LEVINE
   Earthjustice
2  1400 Glenarm Place, suite 300
   Denver, CO 80202
3  Tele: (303) 623-9466
   Fax: (303) 623-8083
4
   LAWRENCE D. SANDERS
5  Turner Environmental Law Clinic
   Emory University School of Law
6  1301 Clifton Road
   Atlanta, GA 30322
7  Tele: (404) 712-8008
   Fax: (404) 727-7851
8
   Attorneys for Plaintiff
9

10  KELLY A. JOHNSON, Acting Assistant Attorney General
    JEAN E. WILLIAMS, Section Chief
11  LISA L. RUSSELL, Assistant Section Chief
    KEVIN W. McARDLE, Trial Attorney (D.C. Bar No. 454569)
12  U.S. Department of Justice
    Environment & Natural Resources Division
13  Wildlife & Marine Resources Section
    Ben Franklin Station, P.O. Box 7369
14  Washington, D.C.  20044-7369
    Tel: 202-305-0219
15  Fax: 202-305-0275

16  Attorneys for Defendants

17

18  **IN THE UNITED STATES DISTRICT COURT FOR THE
    EASTERN DISTRICT OF CALIFORNIA**

19  _____

20                                                    )
                                                      )
21  BUTTE ENVIRONMENTAL COUNCIL, a                    )
    California organization,                          )
22                                                    )      Case No: 2:00-cv-00797-WBS-GGH
           Plaintiff,                                 )
23                                                    )
           v.                                         )      **JOINT STIPULATION AND ORDER
                                                      )      MODIFYING TERMS OF THE
24  WAYNE WHITE, Supervisor, Sacramento               )      CONSENT DECREE**
    Field Office, *et al*.,                           )
25                                                    )
           Defendants,                                )
26                                                    )
    _____          )
27

28

JOINT STIP. MODIFYING TERMS                          Butte Envtl. Council v. White,
OF THE CONSENT DECREE                                No. 2:00-cv-00797-WBS-GGH

1    Plaintiff Butte Environmental Council and Defendants Wayne White, in his official

2  capacity as Supervisor of the United States Fish and Wildlife Service ("FWS") Sacramento Field

3  Office; Matthew J. Hogan, in his official capacity as Acting Director of FWS;[1] and Gail Norton,

4  in her official capacity as Secretary of the United States Department of the Interior, by and

5  through their undersigned counsel, hereby stipulate as follows:

6    WHEREAS Plaintiff and Defendants, through their authorized representatives, reached

7  an agreement, in the form of a Consent Decree, to, among other things, set a deadline of

8  December 15, 2005, for Defendants to complete a Final Recovery Plan for the 15 vernal pool

9  species;

10    WHEREAS the parties agree that the December 15, 2005 deadline should be extended, to

11  and including January 31, 2006, so that Defendants will have sufficient time to (1) consider

12  additional information relating to the 15 vernal pool species that has only recently become

13  available and (2) address numerous comments from the public on the Draft Recovery Plan;

14    NOW, THEREFORE, the parties hereby Stipulate and Agree as follows:

15    1.  Paragraph 6 of the December 5, 2002 Consent Decree is hereby modified such that the

16  deadline for Defendants to complete a Final Recovery Plan for the 15 vernal pool species is

17  changed from December 15, 2005, to January 31, 2006.

18

19

20

21

22

23

24

25

26

27

28

---

[1] Matthew J. Hogan, Acting Director of FWS, is automatically substituted for his predecessor in office, Steve Williams, pursuant to Fed. R. Civ. P. 25(d)(1).

Respectfully submitted,

LAWRENCE D. SANDERS                    KELLY A. JOHNSON
Turner Environmental Law Clinic        Acting Assistant Attorney General
Emory University School of Law         JEAN E. WILLIAMS, Section Chief
1301 Clifton Road                      LISA L. RUSSELL, Assistant Section Chief
Atlanta, GA 30322
Tele: (404) 712-8008

*/s/ Neil Levine (by Kevin McArdle as*              */s/ Kevin W. McArdle*
    *authorized on October 3, 2005)*
NEIL LEVINE                            KEVIN W. McARDLE, Trial Attorney
Earthjustice                           D.C. Bar No. 454569
1400 Glenarm Place, Suite 300          U.S. Department of Justice
Denver, CO 80202                       Environment & Natural Resources Division
Tele: (303) 623-9466                   Wildlife & Marine Resources Section
                                       Ben Franklin Station, P.O. Box 7369
Attorneys for Plaintiff                Washington, DC 20044-7369
                                       Tele: (202) 305-0219
DATED:   October 3, 2005
                                       Attorneys for Defendants

                                       DATED: October 3, 2005

**IT IS SO ORDERED.**

DATED:  October 3, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1

## CERTIFICATE OF SERVICE

2        I hereby certify that on this 3rd day of October, 2005, I electronically filed a copy of the forgoing JOINT STIPULATION AND ORDER MODIFYING TERMS OF CONSENT

3   DECREE with the Clerk of the Court using the CM/ECF system which, pursuant to L.R. 5-135(a), will automatically notify the following individuals of the filing via e-mail:

Neil Levine

4   Earthjustice

1400 Glenarm Place, Suite 300

5   Denver, CO 80202

e-mail:  nlevine@earthjustice.org

6

Lawrence D. Sanders

7   Turner Environmental Law Clinic

Emory University School of Law

8   1301 Clifton Road

Atlanta, GA 30322

9   e-mail:  lsanders@law.emory.edu

10

11                                      _____/s/ Kevin W. McArdle_____

12                                             Kevin W. McArdle

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIP. MODIFYING TERMS
OF THE CONSENT DECREE                          -4-

Butte Envtl. Council v. White,
No. 2:00-cv-00797-WBS-GGH